No. 73–6033. ROE ET AL. *v.* NORTON, COMMISSIONER OF WELFARE. Appeal from D. C. Conn. [Probable jurisdiction noted, 415 U. S. 912.] Motion of American Academy of Child Psychiatry et al. for leave to file a brief as *amici curiae* granted.

No. A–175 (74–339). WOLMAN ET AL. *v.* ESSEX ET AL. Appeal from D. C. S. D. Ohio. Application for an injunction presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the injunction to enjoin Ohio's state aid to parochial schools. See *Marburger* v. *Public Funds for Public Schools of New Jersey,* 417 U. S. 961. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN would grant application.

No. 73–6867. BERKLEY *v.* WARDEN, U. S. PENITENTIARY, TERRE HAUTE, INDIANA, ET AL.;

No. 73–6893. KURTH *v.* WARDEN, MARYLAND PENITENTIARY;

No. 73–6922. SCOTT *v.* UNITED STATES;

No. 73–6953. PHILLIPS *v.* WARDEN, NEVADA STATE PRISON;

No. 73–7013. SOUDER *v.* McGUIRE, HOSPITAL SUPERINTENDENT, ET AL.;

No. 73–7091. TAYLOR *v.* ESTELLE, CORRECTIONS DIRECTOR;

No. 73–7117. DORROUGH *v.* HOGAN, WARDEN;

No. 74–5018. RANDO *v.* ESTELLE, CORRECTIONS DIRECTOR;

No. 74–5085. MERRILL *v.* MATTHES, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.;

No. 74–5164. IN RE McGHEE; and

No. 74–5172. WILLIAMS *v.* PROCUNIER, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.